FILING FEE
PAID $75.00
Pro hac FLS10000 9612
Vice
Steven M. Larimore, Clerk

FILED by LWS D.C.
NOV 09 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 10-cv-62035-KMM

IN RE:

TOUSA, INC., *et al.*,

    Debtors,
_____/

SENIOR TRANSEASTERN LENDERS, *et al.*,

    Appellants,

v.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., *et al.*,

    Appellees.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

MICHAEL L. WALDMAN ("**Movant**") of the law firm of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, 1801 K Street, N.W., Suite 411-L, Washington, DC 20006, telephone number (202) 775-4500, respectfully moves in accordance with Local Rules 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, for the admission to appear as co-counsel on behalf of Official Committee of Unsecured Creditors of TOUSA, Inc., *et al.*, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Movant to receive electronic filings in this case, and in support thereof states as follows:

1. Michael L. Waldman, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of the Massachusetts Board of Bar Overseers and the District of Columbia Bar. A copy of Movant's certificate of good standing in the District of Columbia Court of Appeals is attached as Exhibit A.

2. Movant is admitted to practice before the United States District Courts for the District of Columbia, Maryland, and Northern District of Illinois; and the United States Courts of Appeals for the Fourth, Sixth, Seventh, Eleventh, District of Columbia, and Federal Circuits; and the Supreme Court of the United States.

3. Movant, designates Patricia A. Redmond, Esq., of the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., with offices located at 150 West Flagler Street, Suite 2200, Miami, FL 33130, telephone number (305) 789-3553, who is a member in good standing of The Florida Bar and qualified to practice before the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Ms. Redmond consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

4. In accordance with the local rules of this Court, Movant has made payment of this Court's $75 admission fee has been made. A certification in accordance with Rule 4B is attached hereto as Exhibit B.

5.  Movant, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to him at email address: mwaldman@robbinsrussell.com.

WHEREFORE, Movant respectfully requests this Court to grant this Motion, and enter the attached proposed Order authorizing his special admission to appear before this Court on behalf of Official Committee of Unsecured Creditors of TOUSA, Inc., *et al.*, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to mwaldman@robbinsrussell.com.

Dated: November 9, 2010

Respectfully submitted,

By: /s/ Patricia A. Redmond
PATRICIA A. REDMOND (Fla. Bar No. 303739)
STEARNS WEAVER MILLER WEISSLER,
 ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
Miami, FL 33130
predmond@stearnsweaver.com
Telephone: 305.789.3553
Facsimile: 305.789.3395

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served on November 9, 2010, by email upon:

Ceci Culpepper Berman
Darren David Farfante
FOWLER WHITE BOGGS P.A.
501 E. Kennedy Boulevard
Suite 1700 PO Box 1438
Tampa, FL 33602

cberman@fowlerwhite.com
dfarfante@fowlerwhite.com

Telephone: 813.222.1136
Facsimile: 813.229.8313

Counsel for Senior Transeastern Lenders

By: _____
PATRICIA A. REDMOND

# EXHIBIT A



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

MICHAEL L. WALDMAN

was on the  20TH  day of  JULY, 1988  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 3, 2010.

JULIO A. CASTILLO
Clerk of the Court

By: _____
        Deputy Clerk

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-cv-62035-KMM

IN RE:

TOUSA, INC., *et al.*,

    Debtors,
_____/

SENIOR TRANSEASTERN LENDERS, *et al.*,

    Appellants,

v.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., *et al.*,

    Appellees.
_____/

### CERTIFICATION OF MICHAEL L. WALDMAN

Michael L. Waldman, Esquire, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Massachusetts Board of Bar Overseers and the District of Columbia Bar, and am admitted to practice before the United States District Courts for the District of Columbia, Maryland, and Northern District of Illinois; and the United States Courts of Appeals for the Fourth, Sixth, Seventh, Eleventh, District of Columbia, and Federal Circuits; and the Supreme Court of the United States.

                                                             MICHAEL L. WALDMAN
                                                             D.C. Bar No. 414646

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-cv-62035-KMM

IN RE:

TOUSA, INC., *et al.*,

    Debtors,
_____/

SENIOR TRANSEASTERN LENDERS, *et al.*,

    Appellants,

v.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., *et al.*,

    Appellees.
_____/

### ORDER GRANTING MOTION TO APPEAR
### *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Michael L. Waldman, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

The Motion is GRANTED. Michael L. Waldman, may appear and participate in this action on behalf of Official Committee of Unsecured Creditors of TOUSA, Inc. The Clerk shall provide electronic notification of all electronic filings to Michael L. Waldman, at: mwaldman@robbinsrussell.com.

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_\_\_ day of _____.

_____
United States District Judge

Copies furnished to:
All Counsel of Record