FILING FEE
PAID $75.00
Pro hac Vice FLS1000096 17
Steven M. Larimore, Clerk

FILED by WS D.C.
NOV 09 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 10-cv-62035-KMM

IN RE:

TOUSA, INC., *et al.*,

    Debtors,
_____/

SENIOR TRANSEASTERN LENDERS, *et al.*,

    Appellants,

v.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., *et al.*,

    Appellees.
_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

MARK A. HILLER ("Movant") of the law firm of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, 1801 K Street, N.W., Suite 411-L, Washington, DC 20006, telephone number (202) 775-4500, respectfully moves in accordance with Local Rules 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, for the admission to appear as co-counsel on behalf of Official Committee of Unsecured Creditors of TOUSA, Inc., *et al.*, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Movant to receive electronic filings in this case, and in support thereof states as follows:

1. Mark A. Hiller, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York Bar. A copy of Movant's certificate of good standing from the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, is attached as Exhibit A.

2. Movant is admitted to practice before the United States Court of Appeals for the Fourth Circuit.

3. Movant, designates Patricia A. Redmond, Esq., of the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., with offices located at 150 West Flagler Street, Suite 2200, Miami, FL 33130, telephone number (305) 789-3553, who is a member in good standing of The Florida Bar and qualified to practice before the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Ms. Redmond consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

4. In accordance with the local rules of this Court, Movant has made payment of this Court's $75 admission fee has been made. A certification in accordance with Rule 4B is attached hereto as Exhibit B.

5. Movant, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to him at email address: mhiller@robbinsrussell.com.

WHEREFORE, Movant respectfully requests this Court to grant this Motion, and enter the attached proposed Order authorizing his special admission to appear before this Court on behalf of Official Committee of Unsecured Creditors of TOUSA, Inc., *et al.*, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to mhiller@robbinsrussell.com.

Dated: November 9, 2010

Respectfully submitted,

By: /s/ Patricia A. Redmond
PATRICIA A. REDMOND (Fla. Bar No. 303739)
STEARNS WEAVER MILLER WEISSLER,
  ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
Miami, FL 33130
predmond@stearnsweaver.com
Telephone: 305.789.3553
Facsimile: 305.789.3395

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served on November __7__, 2010, by email upon:

| | |
|---|---|
| Ceci Culpepper Berman | cberman@fowlerwhite.com |
| Darren David Farfante | dfarfante@fowlerwhite.com |
| FOWLER WHITE BOGGS P.A. | |
| 501 E. Kennedy Boulevard | |
| Suite 1700 PO Box 1438 | Telephone: 813.222.1136 |
| Tampa, FL 33602 | Facsimile: 813.229.8313 |

Counsel for Senior Transeastern Lenders

By: _____
PATRICIA A. REDMOND

# EXHIBIT A



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Matthew G. Kiernan**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Mark Alexander Hiller** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **3rd** day of **March 2010**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on November 03, 2010.



Matthew G. Kiernan
Clerk of the Court

# EXHIBIT B

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-cv-62035-KMM

IN RE:

TOUSA, INC., *et al.*,

    Debtors,
_____/

SENIOR TRANSEASTERN LENDERS, *et al.*,

    Appellants,

v.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., *et al.*,

    Appellees.
_____/

## CERTIFICATION OF MARK A. HILLER

Mark A. Hiller, Esquire, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the New York State Bar and am admitted to practice before the United States Court of Appeals for the Fourth Circuit.

 

_____
MARK A. HILLER
N.Y. Bar No. 4788907

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-cv-62035-KMM

IN RE:

TOUSA, INC., *et al.*,

    Debtors,
_____/

SENIOR TRANSEASTERN LENDERS, *et al.*,

    Appellants,

v.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., *et al.*,

    Appellees.
_____/

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Mark A. Hiller, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Mark. A. Hiller, may appear and participate in this action on behalf of Official Committee of Unsecured Creditors of TOUSA, Inc.  The Clerk shall provide electronic notification of all electronic filings to Mark A. Hiller, at:   mhiller@robbinsrussell.com.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

United States District Judge

Copies furnished to:
All Counsel of Record