**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 10-62035-CIV-GOLD**

In re:

TOUSA, INC., *et al.*,

                            Debtors.

SENIOR TRANSEASTERN LENDERS,

                            Appellant,

                            v.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., *et al.*

                            Appellee.

**JOINT MOTION TO SET BRIEFING SCHEDULE**

Appellee, the Official Committee of Unsecured Creditors of Tousa, Inc., *et al.*, and appellant, the Group Two Senior Transeastern Lenders (as defined below), hereby file this Joint Motion to Set Briefing Schedule, requesting the Court to set the briefing schedule outlined below. In support of the motion, the parties state as follows:

       1.     On May 28, 2010, the Bankruptcy Court entered in adversary proceeding No. 08-01435 (Bankr. S.D. Fla.) the Order Granting in Part Motion to Set Payment Amounts as Against the Senior Transeastern Lenders (ADV. No. 08-01435; ECF No. 985) (the "STL Prejudgment Interest Order"). The Group One Senior Transeastern Lenders and the Group Two Senior Transeastern

1

Lenders appealed the STL Prejudgment Interest Order.[1]  This appeal is the Group Two Senior Transeastern Lenders' appeal (the "Group 2 Prejudgment Interest Appeal").

2.      On October 22, 2010, this appeal was docketed as Case No. 10-CV-62035-KMM. On October 27, 2010, the parties in this appeal filed an Agreed Motion to Transfer and Consolidate Appeal and Set Briefing Schedule [ECF No. 6], requesting the Honorable K. Michael Moore to (i) transfer this appeal to the Honorable Alan S. Gold, (ii) consolidate this appeal with the Group One Senior Transeastern Lenders' appeal of the STL Prejudgment Interest Order (No. 10-CV-61478-ASG) (the "Group 1 Prejudgment Interest Appeal"); and (iii) set a briefing schedule in the consolidated appeal whereby appellants' initial brief would be due on November 4, 2010; appellee's response brief would be due on December 16, 2010; and appellants' reply brief would be due on January 13, 2010.

3.      On November 4, 2010, appellants filed their initial briefs in the Group 1 and Group 2 Prejudgment Interest Appeals.

4.      On November 15, 2010, the Group 2 Prejudgment Interest Appeal was transferred to the Honorable Alan S. Gold [ECF No. 12].  However, the Court has not yet ruled on the parties' request in the Group 2 Prejudgment Interest Appeal to consolidate the Group 1 and Group 2 Prejudgment Interest Appeals or to set a briefing schedule.

5.      Thus, both the Group 1 Prejudgment Interest Appeal and the Group 2 Prejudgment Interest Appeal are presently before the Honorable Alan S. Gold.  The parties in the Group 1 Prejudgment Interest Appeal will file a motion seeking, for that appeal, the same briefing schedule that this motion seeks for this appeal (*i.e.*, the Group 2 Prejudgment Interest Appeal).  The Court has

---

[1] The Group One Senior Transeastern Lenders and the Group Two Senior Transeastern Lenders comprise the entities listed in Case No. 10-61478-ASG, ECF No. 8 at 2 n.1 & 3 n.3.

already approved this same briefing schedule in Case Nos. 10-CV-61731-AJ and 10-CV-61681-ASG, which are appeals by the First Lien Lenders and the Second Lien Lenders, respectively, from an Order Granting Motion to Set Payment Amounts (ADV No. 08-01435; ECF No. 1037).

6. Accordingly, the parties file the present Joint Motion to Set Briefing Schedule, requesting the Court to adopt a briefing schedule whereby appellee's response brief will be due on **December 16, 2010**, and appellants' reply brief will be due on **January 13, 2010**.

7. Counsel for appellee, the Official Committee of Unsecured Creditors of Tousa, Inc., *et al.*, has conferred with counsel for all affected parties, and is authorized to represent to the Court that appellants in the Group 1 Prejudgment Interest Appeal and appellants in the Group 2 Prejudgment Interest Appeal join in this request.

DATED:  November 17, 2010.

    Respectfully submitted,
    **STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
    Museum Tower, Suite 2200
    150 West Flagler Street
    Miami, Florida 33130
    Telephone: (305) 789-3435
    Facsimile: (305) 789-2651

    /s/  David C. Pollack
By: _____
    David C. Pollack
    Florida Bar No. 362972
    dpollack@stearnsweaver.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 17, 2010, I caused the electronic filing of the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record identified on the attached Service List by transmission of Notice of Electronic Filing generated by CM/ECF and by email.

/s/  David C. Pollack

By: _____

David C. Pollack

**OCUC of TOUSA, Inc., et al. v. Citicorp North America, Inc., et al.**
**Appeals 10-61478, 10-62035,**
**SERVICE LIST**

| | |
|---|---|
| Paul Steven Singerman | singerman@bergersingerman.com |
| Paul Avron | pavron@bergersingerman.com |
| **BERGER SINGERMAN P.A.,** *Local Counsel* | |
| 200 S. Biscayne Blvd., Suite 1000 | Telephone: 305.775.9500 |
| Miami, FL   33131 | Facsimile: 305.714.4340 |
| – and – | |
| Paul M. Basta | pbasta@kirkland.com |
| Richard M. Cieri | rcieri@kirkland.com |
| M. Natasha Labovitz | nlabovitz@kirkland.com |
| **KIRKLAND & ELLIS, LLP** | |
| 153 East 53 Street | Telephone:   212.446.4800 |
| New York, NY   10022 | Facsimile:   212.446.4900 |
| – and – | |
| Beth A. Williams | Beth.Williams@kirkland.com |
| Daniel T. Donovan | ddonovan@kirkland.com |
| Matthew E. Papez | mpapez@kirkland.com |
| Jeffrey S. Powell | jpowell@kirkland.com |
| **KIRKLAND & ELLIS, LLP** | |
| 655 15 Street, NW | Telephone:   202.879.5000 |
| Washington DC   20005 | Facsimile:   202.879.5200 |

*Counsel for TOUSA, Inc., et al.,* **Debtors**
- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Patricia A. Redmond | predmond@swmwas.com |
| David C. Pollack | dpollack@swmwas.com |
| **STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**, *Local Counsel* | |
| 150 W. Flagler Street, Suite 2200 | Telephone: 305.789.3200 |
| Miami, FL   33130 | Facsimile: 305.789.3395 |
| – and – | |
| Lawrence S. Robbins | lrobbins@robbinsrussell.com |
| Donald J. Russell | drussell@robbinsrussell.com |
| Alan D. Strasser | astrasser@robbinsrussell.com |
| Michael L. Waldman, | mwaldman@robbinsrussell.com |
| Mark A. Hiller | mhiller@robbinsrussell.com |
| **ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP**, | |
| 1801 K Street, Suite 411-L | Telephone: 202-775-4500 |
| Washington, DC 20006 | Facsimile: 202.775.4510 |

*Fraudulent Conveyance Adversary Proceeding Special Counsel*
*Counsel for Official Committee of Unsecured Creditors of TOUSA, Inc., et al* **Plaintiff / Appellee**
- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Allan E Wulbern | awulbern@smithhulsey.com |
| Stephen D. Busey | busey@smithhulsey.com |
| **SMITH HULSEY & BUSEY** | |
| 225 Water Street, Suite 1800 | Telephone:  904.359.7700 |
| Jacksonville, FL   32202 | Facsimile:  904.359.7708 |

– and –

| | |
|---|---|
| Amy D. Harris | aharris.ecf@srbp.com |
| Richard Craig Prosser | rprosser@srbp.com |
| **STICHTER, RIEDEL, BLAIN & PROSSER, P.A.** | |
| 110 East Madison Street, Suite 200 | Telephone:  813.229.0144 |
| Tampa, FL  33602-4718 | Facsimile:  813.229.1811 |

– and –

| | |
|---|---|
| Joseph H. Smolinsky | joseph.smolinsky@weil.com |
| **WEIL GOTSHAL** | |
| 767 Fifth Avenue | Telephone:  212.310.8767 |
| New York, NY 10153 | Facsimile:  212.310.8007 |

– and –

| | |
|---|---|
| Thomas J. Hall | thall@chadbourne.com |
| Seven R. Rivera | srivera@chadbourne.com |
| Thomas J. McCormack | tmccormack@chadbourne.com |
| **CHADBOURNE & PARKE LLP** | |
| 30 Rockefeller Plaza | Telephone:  212.408.5100 |
| New York, NY   10112 | Facsimile:  212.541.5369 |

*Counsel for Citicorp North America, Inc., in its capacity as Administrative Agent for the First Lien Revolver and First Lien Term Loan Credit Agreement*, **Defendant / Appellant**

- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Scott L. Baena | sbaena@bilzin.com |
| Jeffrey I Snyder | jsnyder@bilzin.com |
| **BILZIN SUMBERG BAENA PRICE & AXELROD LLP**, *Local Counsel* | |
| 200 S. Biscayne Blvd., Suite 2500 | Telephone:  305.374.7580 |
| Miami, FL   33131 | Facsimile:  305.374.7593 |

*Co-Counsel to Wells Fargo, as Successor Administrative Agent under that Certain  Second Lien Term Loan Credit Agreement, and an Informal Group of Holders of Second Lien Term Loan Lenders*, **Defendants / Appellants**

- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Evan D. Flaschen | evan.flaschen@bgllp.com |
| Gregory W. Nye | gregory.nye@bgllp.com |
| Richard Whiteley | richard.whiteley@bgllp.com |
| Daynor M. Carman | daynor.carman@bgllp.com |
| **BRACEWELL & GIULIANI LLP** | |
| 225 Asylum Street, Suite 2600 | Telephone:  860.947.9000 |
| Hartford, CT   06013 | Facsimile:  860.246.3201 |

– and –
David M. Levine dml@LKLlaw.com
Lawrence A. Kellogg lak@LKLlaw.com
Robin J. Rubens rjr@LKLlaw.com
Jeffrey C. Schneider jcs@LKLlaw.com
**LEVINE KELLOGG LEHMAN SCHNEIDER & GROSSMAN LLP**
201 South Biscayne Blvd.
Miami Center – 34th Floor Telephone: 305.403.8788
Miami, FL 33131 Facsimile: 305.403.8789

*Local Counsel to several members of an Informal Group of Holders of Second Lien Term Loan Lenders*, **Defendants / Appellants**

- - - - - - - - - - - - - - - - - - - - - - - -

John H. Genovese jgenovese@gjb-law.com
Paul J. Batista pbattista@gjb-law.com
**GENOVESE JOBLOVE & BATTISTA, P.A.**, *Local Counsel*
100 SE 2 Street, 44 Floor Telephone: 305.349.2300
Miami, FL 33131 Facsimile: 305.349.2310
– and –
David S. Rosner drosner@kasowitz.com
Andrew K. Glenn aglenn@kasowitz.com
**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
1633 Broadway Telephone: 212.506.1700
New York, NY 10019

*Counsel to Aurelius Named-Entities, GSO Named-Entities, and Carlyle Strategic Partners (collectively, the "Noteholders"),* **Defendants / Appellants**

- - - - - - - - - - - - - - - - - - - - - - - -

Ceci Culpepper Berman cberman@fowlerwhite.com
**FOWLER WHITE BOGGS BANKER**
501 E. Kenneth Blvd., Suite 1700 Telephone: 813.222.1136
Tampa, FL 33602 Facsimile: 813.229.8313
– and –
Aaron D. VanOort avanoort@faegre.com
Melina K. Williams mwilliams2@faegre.com
Stephen M. Mertz smertz@faegre.com
**FAEGRE & BENSON LLP**
90 South Seventh Street, #2200 Telephone: 612.766-7000
Minneapolis, MN 55402 Facsimile:
– and –
Nancy A. Copperthwaite Nancy.Coppeerthwaite@akerman.com
**AKERMAN SENTERFITT**, *Local Counsel*
1 SE 3rd Avenue, 25th Floor Telephone: 305.374.5600
Miami, FL 33131 Facsimile: 305.374.5095
– and –

| | |
|---|---|
| Michael I. Goldberg | michael.goldberg@akerman.com |
| **AKERMAN SENTERFITT**, *Local Counsel* | |
| 350 East Las Olas Blvd., Suite 1600 | Telephone: 954.463.2700 |
| Fort Lauderdale, FL   33301-2229 | Facsimile: 954.463.2224 |
| – and – | |
| Andrew M. LeBlanc | aleblanc@milbank.com |
| Andrew Beirne | abeirne@milbank.com |
| Atara Miller | amiller@milbank.com |
| Alan J. Stone | astone@milbank.com |
| **MILBANK, TWEED, HADLEY & MCCLOY LLP** | |
| 1 Chase Manhattan Plaza | Telephone: 212.530.5287 |
| New York, NY   10005 | Facsimile: 212.530.5219 or 212.822.5057 |

*Counsel for the "Senior Transeastern Lenders,"* **Defendants**
- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Meghan McCurdy | mmccurdy@whitecase.com |
| David G. Hille | dhille@whitecase.com |
| **WHITE & CASE LLP** | |
| 1155 Avenue of the Americas | Telephone: 212.819.8200 |
| New York, NY   10036 | Facsimile: 212.354.8113 |

*Counsel for Deutsche Bank Trust Company Americas, Highland Named-Entities, Jasper CLO Ltd., Loan Funding VII LLC, Quadrangle Master Funding Ltd.*
- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Jennifer Gertrude Altman | jaltman@bsfllp.com |
| **BOIES SCHILLER & FLEXNER LLP** | |
| 100 SE 2nd Street, #2800 | Telephone: 305.539.8400 |
| New York, NY   10036 | Facsimile: 305.539.1307 |
| – and – | |
| Eric J. Brenner | ebrenner@bsfllp.com |
| Philip C. Korologos | pkorologos@bsfllp.com |
| **BOIES SCHILLER & FLEXNER LLP** | |
| 575 Lexington Avenue, 7th Floor | Telephone: 212.446.2315 |
| New York, NY   10036 | Facsimile: 212.446.2350 |

*Counsel for Monarch Master Funding Ltd., Trilogy Portfolio Company, LLC*
- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Steven D. Schneiderman | steven.d.schneiderman@usdoj.gov |
| **OFFICE OF THE UNITED STATES TRUSTEE** | |
| 51 SW 1st Avenue, Suite 1204 | |
| Miami, FL   33130 | |

# PROPOSED ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 10-62035-CIV-GOLD

In re:

TOUSA, INC., *et al.*,

                        Debtors.
_____

SENIOR TRANSEASTERN LENDERS,

                        Appellant,

                v.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., *et al.*

                        Appellee.
_____

**ORDER GRANTING JOINT MOTION TO SET BRIEFING SCHEDULE**

THIS CAUSE came before the Court upon the Parties' Joint Motion to Set Briefing Schedule (D.E. ___).

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. Appellee shall serve and file its response brief by December 16, 2010, and Appellants may serve and file a reply brief by January 13, 2010.

DONE AND ORDERED this _____ day of November, 2010.

                                        _____
                                        ALAN S. GOLD
                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record

#593087 v1