UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 10-61478-cv-GOLD
Case No. 10-61681-cv-GOLD
Case No. 10-62035-cv-GOLD
Case No. 10-62037-cv-GOLD

In re TOUSA, et al.,

    Debtors.

_____

Transeastern Lenders, et al.,

    Appellant,

v.

Official Committee of Unsecured
Creditors of TOUSA, Inc.,

    Appellee.

_____/

## OMNIBUS ORDER

THIS CAUSE is before the Court upon several Motions to Appear Pro Hace Vice [ECF Nos. 12, 19 in Case No. 10-61478; ECF Nos. 8, 9, 10, 11 in Case No. 10-62035; and ECF Nos. 7, 8, 9, 10 in Case No. 10-62037], Joint Motions to Stay Appeal [ECF No. 8 in Case No. 10-61478; ECF No. 5 in Case No. 10-62037], Motion to Transfer and Consolidate [ECF No. 6 in Case No. 10-62035], Motion to Intervene Pursuant to Rule 24(A)(2) [ECF No. 24 in 10-61681], and Motions to Set Briefing Schedules [ECF No. 20 in Case No. 10-61478; ECF No. 7 in Case No. 10-61681; ECF No. 13 in Case No. 10-62035]. I have reviewed the motions and the files in these cases. It is hereby

ORDERED AND ADJUDGED that

1. The Joint Motions to Stay Appeals [ECF No. 8 in Case No. 10-61478; ECF No. 5 in Case No. 10-62037] **ARE GRANTED**.

2. Appeal proceedings in cases 10-61478, 10-61681, 10-62035, and 10-62037 are **STAYED PENDING A DECISION IN APPEAL PROCEEDINGS 10-60017, 10-60018, AND 10-60019**.

3. The Parties in appeals 10-61478, 10-61681, 10-62035, and 10-62037 shall not file any further briefs until the Court resolves appeal proceedings 10-60017, 10-60018, and 10-60019.

4. Lawrence S. Robbins's Motions to Appear Pro Hac Vice [ECF No. 10 in Case No. 10-62035; ECF No. 7 in Case No. 10-62037] **ARE GRANTED**. Attorney Lawrence S. Robbins is admitted *pro hac vice* to practice before this Court in case nos. 10-62035 and 10-62037. The Clerk of the Court shall provide electronic notice of all filings on these dockets to Mr. Robbins at the following email address: lrobbins@robbinsrussell.com.

5. Mark A. Hiller's Motions to Appear Pro Hac Vice [ECF No. 19 in Case No. 10-61478; ECF No. 11 in Case No. 10-62035; ECF No. 8 in Case No. 10-62037] **ARE GRANTED**. Attorney Mark A. Hiller is admitted *pro hac vice* to practice before this Court in case nos. 10-61478, 10-62035 and 10-62037. The Clerk of the Court shall provide electronic notice of all filings on these dockets to Mr. Hiller at the following email address: mhiller@robbinsrussell.com.

6. Donald J. Russell's Motions to Appear Pro Hac Vice [ECF No. 9 in Case No. 10-62035; ECF No. 9 in Case No. 10-62037] **ARE GRANTED**. Attorney Donald J. Russell is admitted *pro hac vice* to practice before this Court in case nos. 10-62035 and 10-62037. The Clerk of the Court shall provide electronic notice of all filings on these dockets to Mr. Russell at the following email address: drussell@robinsrussell.com.

7. Michael L. Waldman's Motions to Appear Pro Hac Vice [ECF No. 12 in Case No. 10-61478; ECF No. 8 in Case No. 10-62035; ECF No. 10 in Case No. 10-62037] **ARE GRANTED**. Attorney Michael L. Waldman is admitted *pro hac vice* to practice before this Court in case nos. 10-61478, 10-62035 and 10-62037. The Clerk of the Court shall provide electronic notice of all filings on these dockets to Mr. Waldman at the following email address: mwaldman@robbinsrussell.com.

8. The Motion to Transfer and Consolidate [ECF No. 6 in Case No. 10-62035], Motion to Intervene Pursuant to Rule 24(A)(2) [ECF No. 24 in 10-61681], and Motions to Set Briefing Schedules [ECF No. 20 in Case No. 10-61478; ECF No. 7 in Case No. 10-61681; ECF No. 13 in Case No. 10-62035] **ARE DENIED WITHOUT PREJUDICE**.

DONE AND ORDERED in Chambers, in Miami, Florida, this ⌒⌒ day of November, 2010.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc
All counsel of record