IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 10-cv-62035-KMM

*In re* TOUSA, INC., *et al.*,

    Debtors,
_____/

3V CAPITAL MASTER FUND LTD., *et al.*,

    Appellants

vs.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., *et al.*,

    Appellees.
_____/

## ORDER CONSOLIDATING CASES AND SETTING BRIEFING SCHEDULE

THIS CAUSE came before the Court upon a *sua sponte* examination of the Record. This case has a long and complicated history which, for the purposes of this Order, is unnecessary to recite.[1] It is sufficient to say that between January 5, 2010 and October 22, 2010, nine separate appeals arising from a single adversary proceeding in bankruptcy court were filed in the district court.[2] On February 2, 2011, the district court issued an order quashing the bankruptcy court's opinion as it related to the liability imposed by the bankruptcy court (ECF No. 15). The United States Court of Appeals for the Eleventh Circuit later reversed the district court order and remanded the matter for the district court to review the remedies imposed by the bankruptcy court. In re TOUSA, Inc., 680 F.3d 1298, 1315–16 (11th Cir. 2012). All nine appeals have subsequently been transferred to this division of the Court.

---

[1] For a detailed explanation see In re TOUSA, Inc., 680 F.3d 1298 (11th Cir. 2012).
[2] Case Nos. 10-cv-60017; 10-cv-60018; 10-cv-60019; 10-cv-61478; 10-cv-61681; 10-cv-61731; 10-cv-62032; 10-cv-62035; and 10-cv-62037.

1

A review of the nine appeals reveals that the appeals all arise from the same trial, the same set of factual findings, and there is considerable commonality among the issues presented by the different Appellants. Accordingly, consolidating the nine appeals and setting a uniform briefing schedule among the Parties serves the interests of justice and judicial economy.

In light of the foregoing, it is

ORDERED AND ADJUDGED that the Clerk of the Court is directed to REOPEN this case. It is further

ORDERED AND ADJUDGED that Case Nos. 10-cv-60017; 10-cv-60018; 10-cv-60019; 10-cv-61478; 10-cv-61681; 10-cv-61731; 10-cv-62032; and 10-cv-62037 are CONSOLIDATED with Case No. 10-cv-62035. All pending motions in these cases, excluding those in Case No. 10-cv-62035, are DENIED AS MOOT. The Clerk of the Court is instructed to ADMINISTRATIVELY CLOSE those cases now consolidated with Case No. 10-cv-62035. To the extent those cases were already administratively closed or stayed, they are reopened under Case No. 10-cv-62035. All future pleadings shall be filed only in the instant case. It is further

ORDERED AND ADJUDGED that the briefing schedule shall commence as follows:

1. Each Appellant shall file <u>one</u> opening brief, not to exceed fifty (50) pages, that consolidates and addresses only the issues that have not yet been addressed or that remain in light of In re TOUSA, Inc., 680 F.3d 1298 (11th Cir. 2012). The Appellants shall file their opening briefs on or before October 8, 2012. The First Lien Lenders are directed to reserve any arguments in support of the remedies imposed by the bankruptcy court for their Intervenor Brief, if they choose to file such a brief, consistent with the briefing schedule set forth below.

2. Appellees shall file a single response brief not to exceed the total number of pages filed by the Appellants in their opening briefs. Appellees' response brief shall be due on or before November 26, 2012. Appellees are not permitted to incorporate by reference any arguments from any previously filed brief.

3. Any Intervenor shall file a brief on or before December 3, 2012. Any brief by an Intervenor shall not exceed twenty-five (25) pages in length.

4. Each Appellant may file one reply brief not to exceed half the total number of pages filed by the Appellees and any Intervenors. Appellants' reply briefs are due on or before January 7, 2013.

The Parties are not permitted to incorporate by reference any arguments from any briefs filed prior to the date of this Order. The Parties are cautioned that this Court reserves the right to strike any brief or portion thereof that does not comply with this Order.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of September, 2012.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc: All counsel of record